No. 223.  Carter *v.* Winter et al.  Sup. Ct. Ill. Certiorari denied.  *Robert Weiner* for petitioner.  *Alfred F. Newkirk, Montgomery S. Winning* and *Richard W. Galiher* for respondents.

No. 224.  Gautier, Tax Assessor, et al. *v.* Florida Greenheart Corp.  Sup. Ct. Fla.  Certiorari denied. *St. Julien P. Rosemond* for petitioners.  *Richard Steel* for respondent.

No. 228.  Broadwell et al. *v.* United States.  C. A. 4th Cir.  Certiorari denied.  *Don T. Evans* for petitioners.  *Solicitor General Cox, Acting Assistant Attorney General Jones, Joseph Kovner* and *George F. Lynch* for the United States.

No. 231.  Dun & Bradstreet, Inc. *v.* Nicklaus, Trustee in Bankruptcy.  C. A. 8th Cir.  Certiorari denied.  *Chester Bordeau* and *Robert V. Light* for petitioner.  *D. D. Panich* for respondent.

No. 233.  Spino *v.* United States.  C. A. 7th Cir. Certiorari denied.  *John N. Stanton* for petitioner.  *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 246.  Vetere et al. *v.* Allen, Commissioner of Education of New York, et al.  Ct. App. N. Y.  Certiorari denied.  *C. William Gaylor, Mason L. Hampton, Jr.,* and *James M. Marrin* for petitioners. ·*Charles A. Brind* for Allen et al., and *Robert L. Carter* for Mitchell et al., respondents.